IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JORGE ANDRES MONCAYO URBINA,

        Petitioner,

  v.

E. EMMERICH and THE BOP,

        Respondents.

ORDER

Case No.  25-cv-44-jdp

Petitioner Jorge Andres Moncayo Urbina seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than February 12, 2025.  Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately July 21, 2024 through the date of the petition, January 21, 2025.

ORDER

IT IS ORDERED that:

      1.     Petitioner Jorge Andres Moncayo Urbina may have until February 12, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.      If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before February 12, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of January, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge